# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **THE OHIO NATIONAL LIFE INSURANCE COMPANY, et al.,** | : | Case No. 1:19-cv-00047-MRB |
| | : | |
| | : | Judge Barrett |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | |
| | : | |
| **CETERA ADVISOR NETWORKS, LLC, et al.,** | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

## STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE

Plaintiffs The Ohio National Life Insurance Company ("ONLIC") and Ohio National Life Assurance Corp. ("ONLAC") and Defendants Cetera Advisor Networks, LLC, First Allied Securities, Inc., Cetera Investment Services, LLC, Cetera Advisors, LLC, Summit Brokerage Services, Inc., and Cetera Financial Specialists LLC (collectively, the "Cetera Defendants"), by and through their counsel, stipulate to a dismissal with prejudice of all of Plaintiffs' claims against the Cetera Defendants, with all costs to be taxed against the party incurring them.

For the avoidance of doubt, this Stipulation applies solely to Plaintiffs' claims against the Cetera Defendants, and does not impact Plaintiffs' remaining claims against Defendants Oppenheimer & Co., Inc. and Oppenheimer Life Agency, Ltd., which were severed via the Court's January 27, 2020 Order.  [Doc. No. 48.]

**STIPULATED TO AND APPROVED BY:**

/s/ Marion H. Little, Jr.
Marion H. Little, Jr.   (0042679)
Trial Attorney
Christopher J. Hogan (0079829)
ZEIGER, TIGGES & LITTLE LLP
3500 Huntington Center
41 South High Street
Columbus, Ohio  43215
(614) 365-9900
(Fax) (614) 365-7900
little@litohio.com
hogan@litohio.com

*Attorneys for Plaintiffs*

/s/ Matthew Tracy
Matthew Tracy (2463438)
WINGET SPADAFORA &
SCHWARTZBERG, LLP
45 Broadway, 32nd Floor
New York, New York 10006
Phone: (212) 221-6900
Fax: (212) 221-6989
Email: tracy.m@wssllp.com

Andrew J. Dorman (0063410)
Brian P. Nally (0086711)
REMINGER CO., L.P.A.
101 W. Prospect Ave., Suite 1400
Cleveland, Ohio 44115
Phone: (216) 687-1311
Fax: (216) 687-1841
Email: ADorman@Reminger.com
BNally@Reminger.com

*Counsel for Defendants Cetera Advisor Networks LLC; First Allied Securities Inc.; Cetera Investment Services LLC; Cetera Advisors LLC; Summit Brokerage Services, Inc.; and Cetera Financial Specialists LLC.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of December, 2020, I electronically filed the foregoing using the CM/ECF system, which will service the following counsel of record:

Andrew J. Dorman, Esq.
Brian P. Nally, Esq.
REMINGER CO., L.P.A.
101 W. Propsect Avenue, Suite 1400
Cleveland, Ohio 44115
ADorman@Reminger.com
BNally@Reminger.com

Luigi Spadafora, Esq.
Matthew Tracy, Esq.
WINGET, SPADAFORA & SCHWARTZBERG, LLP
45 Broadway, 32nd Floor
New York, New York 10006
Spadafora.l@wssllp.com
Tracy.m@wssllp.com

Attorneys for Defendants
Cetera Advisor Networks, LLC, First Allied Securities, Inc., Cetera Investment Services LLC, Cetera Advisors LLC, Summit Brokerage Services, Inc. and
Cetera Financial Specialists LLC

Robert J. Gehring, Esq.
Edward M. O'Connell, Jr.
Christen M. Steimle
BUECHNER HAFFER MEYERS & KOENIG CO., LPA
Atrium Two, Suite 2300
221 East Fourth Street
Cincinnati, Ohio 45202
rgehring@bhmklaw.com
eoconnell@bhmklaw.com
csteimle@bhmklaw.com

Attorneys for Defendants
Oppenheimer & Co., Inc. and
Oppenheimer Life Agency, LTD

 

/s/ Marion H. Little, Jr.
Marion H. Little, Jr. (0042679)

414-016:887079